IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. ROSE,<br><br>       Plaintiff,<br><br>       vs.<br><br>STATE OF CALIFORNIA,<br><br>       Defendant.<br>_____/ | 1:08-cv-00681-LJO-GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #12)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 6, 2008, plaintiff filed a motion to extend time to file objections to the Magistrate's findings and recommendations issued on September 3, 2008. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations issued on September 3, 2008.

IT IS SO ORDERED.

Dated:   **October 9, 2008**            **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE