IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. ROSE, | 1:08-cv-00681-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 9.) |
| STATE OF CALIFORNIA, | ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |
| Defendant. | |
| _____/ | ORDER DIRECTING CLERK TO CLOSE CASE |

Steven W. Rose ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 3, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be granted under § 1983. On November 13, 2008, plaintiff filed objections to the findings and recommendations. (Doc. 14.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

1       Accordingly, THE COURT HEREBY ORDERS that:

2       1.  The Findings and Recommendations issued by the Magistrate Judge on September 3, 2008, are adopted in full;

4       2.  This action is dismissed in its entirety, based on plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

6       3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   November 25, 2008**              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE