1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVEN W. ROSE,                          Case No. 1:08-cv-00681 LJO JLT (PC)

12              Plaintiff,                      ORDER DENYING MOTION FOR PROOF
                                               OF SERVICE
13         vs.
                                               (Doc. 24)
14    STATE OF CALIFORNIA,

15              Defendant.

16    _____/

17         Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights

18    action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's July 19, 2010

19    motion requesting the Court advise him of the status of his case.

20         Plaintiff is directed to the Court's order and findings and recommendations filed recently

21    on October 27, 2010.  Therein, the Court explains the current status of the case, and instructs

22    Plaintiff on how he should proceed moving forward.  Accordingly, it is HEREBY ORDERED

23    that Plaintiff's July 19, 2010 motion for proof of service (Doc. 24) is denied as having been

24    rendered moot.[1]

25    IT IS SO ORDERED.

26    Dated:   **October 29, 2010**                              **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE
27

28    _____

      [1]  In the future, Plaintiff should refrain from filing motions regarding the status of his case.  Due to the large
      number of civil actions pending before the Court, the Court is unable to respond to individual inquiries regarding the
      status of each case.  The Court will, on its own, notify Plaintiff of all actions that are taken in his case.