IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. ROSE, | Case No. 1:08-cv-00681 LJO JLT (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS AND A SECOND AMENDED COMPLAINT |
| vs. | |
| STATE OF CALIFORNIA, | (Doc. #28) |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 18, 2010, Plaintiff filed a motion for an extension of time to file objections to the undersigned's findings and recommendations issued October 27, 2010. Plaintiff also requested in his motion that the Court stay its order requiring Plaintiff to file a second amended complaint until the resolution of his objections before the assigned district judge.

The Court construes both requests by Plaintiff to be requests for extensions of time. Good cause appearing, it is HEREBY ORDERED that:

    1.    Plaintiff's November 18, 2010 motion for extensions of time (Doc. 28) is granted;

    2.    Plaintiff shall file any objections to the undersigned's findings and recommendations within thirty (30) days of the date of this order;

    3.    Plaintiff shall file a second amended complaint, as ordered by the Court on October 27, 2010, within sixty (60) days of the date of this order; and

4. Plaintiff is cautioned that failure to comply with this order will result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated:   **November 23, 2010**              /s/ **Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE