IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN W. ROSE,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant.<br>_____/ | Case No. 1:08-cv-00681 LJO JLT (PC)<br><br>ORDER DENYING APPLICATION FOR A CERTIFICATE OF APPEALABILITY<br><br>(Doc. 40) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2011, Plaintiff filed an application for a certificate of appealability, so that he may challenge the Court's order, filed February 8, 2011, denying Plaintiff's motion to stay the case. (Doc. 33.) Certificates of appealability, however, are not applicable to § 1983 actions. They are only required, pursuant to 28 U.S.C. § 2253, to appeal judgments rendered in habeas corpus cases.

Accordingly, it is **HEREBY ORDERED** that Plaintiff's April 19, 2011 application for a certificate of appealability (Doc. 40) is **DENIED** as being unnecessary.

IT IS SO ORDERED.

Dated:  **April 21, 2011**                                  /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE