1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   STEVEN W. ROSE,                         Case No. 1:08-cv-00681 LJO JLT (PC)

12            Plaintiff,                      ORDER REGARDING PLAINTIFF'S
                                             MOTION TO PROCEED ON HIS
13       vs.                                 OBJECTIONS

14   STATE OF CALIFORNIA,                    (Doc. 54)

15            Defendant.

16   _____/

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

18   pursuant to 42 U.S.C. § 1983.  On July 5, 2011, the Court vacated its findings and recommendations

19   issued on June 9, 2011 and ordered Plaintiff to file a third amended complaint. (Doc. 53.)  On August

20   1, 2011, Plaintiff filed a motion to "proceed with objections to [the] findings and recommendations."

21   (Doc. 54.)  Therein, Plaintiff asserts that filing a third amended complaint would only unnecessarily

22   delay the resolution of this case.  (Id. at 2.)  Plaintiff prefers instead to proceed on the allegations made

23   in his objections filed June 28, 2011.  (Id.)

24        Plaintiff may not proceed in this action solely on the allegations in his objections; he must file

25   an operative pleading.  See Fed. R. Civ. P. 3.  Accordingly, it is **HEREBY ORDERED** that:

26        1.   Plaintiff's August 1, 2011 motion to proceed on his objections (Doc. 54) is **DENIED**;

27        2.   Within twenty-one (21) days of the date of this order, Plaintiff shall file a third amended

28             complaint in accordance with the Court's July 5, 2011 order;

1

3.     The Clerk of the Court is directed to send Plaintiff the form complaint for use in a civil rights action; and

4.     Plaintiff is firmly cautioned that Plaintiff's failure to comply with this order will result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated:   **August 4, 2011**                                        _____**/s/ Jennifer L. Thurston**_____
                                                                                    UNITED STATES MAGISTRATE JUDGE